CHRYSTAL S. DUNNINGER, Respondent, *v.* JOSEPH DUNNINGER, Appellant.

Submitted October 6, 1952; decided October 16, 1952.

*Samuel Nirenstein* for motion.

*Elias Messing* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.